# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**An Express Mail Parcel approximately 19" X 13 ¾" X 4 ¾" addressed to Mrs Melody Soles, HC01 Box 28409, Cabo Rojo, P.R., bearing a return address of Mr Rafael Soles, 4102 Rene Ave, Mission, tx 78572.**

**SEARCH WARRANT**

CASE NUMBER: M-08-5343-M

TO: Manuel P. Zavala and any Authorized Officer of the United States

Affidavit(s) having been made before me by Manuel P. Zavala who has reason to believe that ____ On the person of or __X__ on the premises known as (name, description and/or location)

**An Express Mail Parcel approximately 19" X 13 ¾" X 4 ¾" addressed to Mrs Melody Soles, HC01 Box 28409, Cabo Rojo, P.R., bearing a return address of Mr Rafael Soles, 4102 Rene Ave, Mission, tx 78572.**

In the SOUTHERN District of TEXAS There is now concealed a certain person or property, namely (describe the person or property)

Property that constitutes evidence of the commission of a criminal offense; or, contraband, the fruits of crime, or thing otherwise criminally possessed;

**Evidence of a violation of Title 21, United States Code, Section(s) 841(a)(1), 843(b) and 846.**

**Search is authorized for narcotics and/or proceeds of narcotic trafficking.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    8/30/2008
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or Property seized and promptly returned this warrant to Peter E Ormsby as required by law.

U.S. Judge or Magistrate Judge

August 20, 2008   4:05 pm    at    McAllen, TX
Date and Time Issued                City and State

Peter Ormsby,   U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

M08-5343-M

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8-20-08 | DATE AND TIME WARRANT EXECUTED<br>8-21-08  4:13 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>United States District Court<br>Southern District of Tex.<br>AUG 2 6 2008<br>Michael N. Milby, Clerk |
| INVENTORY MADE IN THE PRESENCE OF | R Dukes + J. Gunther | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

2 plastic wrapped bundles weighing approximately 6 lbs 12.4 oz containing a green leafy substance which field tested positive for marijuana.

1 Express mail parcel # EH464606522 US w/packing.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Roxanne Dukes*

Subscribed, sworn to and returned before me this date.

_____     8/26/2008
U.S. Judge or Magistrate                        Date